IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

W & W CONTRACTORS, INC.                                              PLAINTIFF

VS.                                    CIVIL ACTION No. 2:05CV144-WAP-EMB
                         (Consolidated with Civil Action No. 2:05CV145- WAP-EMB)

ACE AMERICAN INSURANCE COMPANY                                       DEFENDANT

## UNOPPOSED ORDER GRANTING EXTENSION

This cause came before the Court on the Motion of Ace American Insurance Company ("Ace"), *ore tenus*, to extend the deadline for Ace to serve a pleading responsive to the Amended Complaint of W & W Contractors, Inc. ("W & W") through and including January 4, 2006. The Court having been informed that W & W does not object to the Motion and the Court having considered the Motion finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that Ace American Insurance Company shall serve a pleading responsive to the Amended Complaint on or before January 4, 2006.

THIS the 22nd day of December, 2005.

                                            /s/ Eugene M. Bogen
                                            UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

Michael A. Heilman ( MSB No. 2223)
Christopher T. Graham (MSB 100437)
HEILMAN KENNEDY GRAHAM, P.A.
111 East Capitol Street, Suite 250
Jackson, Mississippi 39201
Post Office Drawer 24417
Jackson, Mississippi 39225-4417
Telephone:     (601) 914-1025
Facsimile:     (601) 960-4200